UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil File No. 00-CV-945-MJD/JGL

Stephen M. Russell, Kirk M. Larson and Don C. Whitaker,

Plaintiffs,

vs.

Spanlink Communications, Inc., Spanlink Acquisition Corp., Brett A. Shockley, Loren A. Singer, Jr., and Todd A. Parenteau,

Defendants.

---

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

Plaintiffs Stephen M. Russell, Kirk M. Larson, and Don C. Whitaker, by and through their undersigned counsel, and Defendants Spanlink Communications, Inc., Spanlink Acquisition Corp., Brett A. Shockley, Loren A. Singer, and Todd A. Parenteau, by and through the undersigned counsel, hereby stipulate and agree that Defendants should be granted a 30-day extension of time pursuant to Federal Rule of Civil Procedure 6(b) in order to answer, move, or otherwise plead in the above-captioned matter. Pursuant to this Stipulation, Defendants' response should now be due on August 9, 2000.

Dated: July 10, 2000.

LOCKRIDGE GRINDAL NAUEN, PLLP

By Gregg Fishbein
Richard A. Lockridge (#64117)
Gregg A. Fishbein (#202009)

100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

Attorneys for Plaintiffs

1963334v1

FILED JUL 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: July 10, 2000

LEONARD, STREET AND DEINARD

By [signature]

George F. McGunnigle (#70701)
Todd A. Noteboom (#240047)

150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Attorneys for Defendants

**ORDER**

**IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, Defendants shall have until August 9, 2000 to answer, move or otherwise plead.

Jul. 10, 2000

[signature]

Jonathan Lebedoff
United States Magistrate Judge