UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STEPHEN M. RUSSELL, on behalf of himself and all others Similarly Situated,

Plaintiff,

v.

SPANLINK COMMUNICATIONS, INC., SPANLINK ACQUISITIONS CORP., BRETT A. SHOCKLEY, LOREN A. SINGER, JR., and TODD A. PARENTEAU,

Defendants.

Civil No. 00-945 (MJD/JGL)

**ORDER**

---

APPEARANCES

Gregg Fishbein, Esq., Willem F. Jonckheer, Esq., and I. Stephen Rabin, Esq., for Plaintiff.

Todd Noteboom, Esq., for Defendants.

---

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on July 11, 2000, on Plaintiff's motion to appoint the Russell Group as Lead Plaintiff and for approval of its selection of Lead Counsel (Doc. No. 6). The Defendants took no position on the motions. The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

(1) Movants' Motion for Appointment of Stephen M. Russell, Kirk M. Larson, and Don C. Whitaker (the "Russell Group") as Lead Plaintiffs (Doc. No. 6) is **GRANTED;** and

(2) Movants' Motion for Appointment of Lead Counsel (Doc. No. 6) is **GRANTED.** The law firms of Rabin & Peckel, 275 Madison Avenue, New York, New York 10016 and Schubert & Reed L.L.P., Two Embarcadero Center, Suite 1050, San Francisco, California 94111 shall serve as Lead Counsel. The law firm of Lockridge Grindal Nauen P.L.L.P., Suite 2200, 100 Washington Avenue South, Minneapolis, Minnesota 55401 shall serve as Liaison Counsel.

Dated: July 11, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge