UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Russel, et. al.,

Plaintiff,

v.

Spanlink Communications, Inc., et. al.,

Defendants.

Civil File No. 00-945 (MJD/JGL)

NOTICE OF HEARING

---

Oral Argument on Defendants' Motion to Dismiss (docket # 13) is scheduled for Friday, November 17, 2000 at 9:00 am before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: October 4, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli, Deputy Clerk
(612) 664-5073

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK