# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stephen M. Russell, Kirk M. Larson
and Don C. Whitaker, on behalf of
themselves and all others Similarly Situated,
Plaintiffs,

Case No. Civil 00-945 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

SPANLINK COMMUNICATIONS, INC.,
SPANLINK ACQUISITONS CORP., BRETT
A. SHOCKLEY, LOREN A. SINGER, JR.,
AND TODD A. PARENTEAU,
Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Judgment shall be, and hereby is, entered dismissing the Litigation with prejudice on the merits and without costs (except as provided in the Order for Final Judgment) to any party as against any other party.

DATE: September 10, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk